UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QLOGIC CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BL TRADING, INC.,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   05cv2104-BEN (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　Counsel for Plaintiff contacted the Court on November 14, 2006, and represented that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

　　　1.　　A Joint Motion for Dismissal shall be electronically filed on or before **November 27, 2006**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Roger T. Benitez, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

　　　2.　　If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before November 27, 2006, then a Settlement Disposition Conference shall be held on **November 28, 2006**, at **1:30 p.m.** before Judge Bencivengo.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall

---

[1] *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.

initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before November 27, 2006, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: November 15, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge