# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QLOGIC CORPORATION , | CASE NO. 05CV2104 BEN (CAB) |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| BL TRADING INC., | |
| Defendant. | |

Having considered Plaintiff and Defendant's Joint Motion to Dismiss With Prejudice, the Court concludes that the Motion is granted.

This action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:  November 28, 2006

_____
Hon. Roger T. Benitez
United States District Judge